UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-12946 |
| | | CHAPTER 13 |
| EDWARD D. DRIFMEYER | | |
| KAREN A. DRIFMEYER | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor.  Final Report has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916431 | $22.82 |

Creditor(s)
CAPITAL ONE
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091

    Respectfully submitted,

/s/  Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

                                                      /s/     Margaret A. Burks, Esq.
                                                                  Margaret A. Burks, Esq.

| | |
|---|---|
| CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>P.O. BOX 5155<br>NORCROSS, GA 30091 | Debtor(s) Counsel<br>THEODORE KNOEBBER, ESQ.<br>319 YORK STREET<br>NEWPORT, KY  41071 |
| Debtor(s)<br>EDWARD D. DRIFMEYER<br>KAREN A. DRIFMEYER<br>4675 RAPID RUN<br>CINCINNATI, OH  45205 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |
| CAPITAL ONE<br>6125 LAKEVIEW ROAD<br>SUITE 800<br>CHARLOTTE, NC 28269 | CAPITAL ONE<br>P.O. BOX 70884<br>CHARLOTTE, NC 28272 |
| CAPITAL ONE<br>C/O AMERICAN INFORMATION SOURCE<br>P.O. BOX 54529<br>OKLAHOMA CITY, OK 73154 | CAPITAL ONE<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272 |